CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
SEP 1 2 2005
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MARY TILMAN,<br><br>RODNEY W. TILMAN,<br><br>TAMMIE L. TILMAN,<br><br>*Plaintiffs,*<br><br>v.<br><br>CREDITORS INTERCHANGE, LLC,<br><br>CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC,<br><br>*Defendant.* | CIVIL ACTION NO. 3:05CV00008<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

    Before the Court is the Defendant's May 9, 2005 motion in which it moves the Court to dismiss Counts V (defamation) and VI (intentional infliction of emotional distress) of the Plaintiffs' complaint, or, in the alternative, for a more definite statement as to those counts and the overall complaint. The Defendant also moves the Court to strike the statutory damages sought by the Plaintiffs in Counts I through IV. For the reasons stated in the accompanying memorandum opinion, it is hereby

ADJUDGED ORDERED AND DECREED

as follows:

1.     The Defendant's motion to dismiss for failure to state a claim shall be, and it hereby is,

        GRANTED IN PART AND DENIED IN PART;

2. The Defendant's motion to dismiss for failure to state a claim shall be, and it hereby is, GRANTED with respect to the claim for intentional infliction of emotional distress, but DENIED with respect to the claim for defamation;

3. The Defendant's motion for a more definite statement shall be, and it hereby is, DENIED;

4. The Defendant's motion to strike shall be, and it hereby is, DENIED as moot.

The Clerk of the Court hereby is directed to send a certified copy of this Memorandum Opinion to all counsel of record.

ENTERED: /s/ Norman K. Moon
United States District Judge

Sept. 12, 2005
Date